In the Matter of the Transfer Tax upon the Estate of
EARL H. BACON, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appel-
lant; RUTH HARDING et al., Respondents.

*Matter of Bacon (Estate)*, 187 App. Div. 921, affirmed.

(Argued February 25, 1919; decided March 11, 1919.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered January 15, 1919, which modified and affirmed
as modified an order of the Orleans County Surrogate's
Court refusing to assess a transfer tax upon certain
property formerly belonging to Earl H. Bacon, deceased,
but transferred by him before his death.   The appraiser's
report and the *pro forma* order confirming the same held
that certain assignments of mortgages, gifts of certificates
of deposit, certain deeds and other gifts were taxable
as made in contemplation of death and intended to take
effect in possession or enjoyment at or after the death
of the decedent.   The final order of the surrogate reversed
the *pro forma* order in so far as it made the property
transferred by the decedent in his lifetime liable to
taxation and assessed a tax thereon and also held that
the decedent did not die seized or possessed of any
property mentioned in the appraiser's report and that
none of said property, or any part thereof, was subject
to transfer taxation.   The Appellate Division modified
the order appealed from by imposing a tax upon the
transfer of a farm, in the deed of which the decedent
had reserved a life use, but affirmed the order of the
surrogate in all other particulars, holding that the balance
of the transfers made by the decedent were not liable
for a transfer tax.

*Charles G. Signor* for appellant.

*Gerald B. Fluhrer* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK,
HOGAN, MCLAUGHLIN and CRANE, JJ.